760

No. 679. KOREMATSU v. UNITED STATES. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Jackson H. Ralston* for petitioner. *Solicitor General Fahy* and *Mr. Edward J. Ennis* for the United States. *Messrs. Edwin Borchard, Osmond K. Fraenkel, Arthur Garfield Hays, Harold Evans,* and *Thomas Raeburn White* filed a brief on behalf of the American Civil Liberties Union, as *amicus curiae,* in support of the petition.

No. 711. MUSCHANY ET AL. v. UNITED STATES; and
No. 726. ANDREWS ET AL. v. UNITED STATES. April 3, 1944. Petitions for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. William R. Gentry* for petitioners in No. 711; and *Messrs. Samuel M. Watson* and *Redick O'Bryan* for petitioners in No. 726. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Valentine Brookes* and *Norman Mac-Donald* for the United States.

No. 741. COMMISSIONER OF INTERNAL REVENUE v. HARMON. April 3, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Solicitor General Fahy* for petitioner.

No. 674. CAROLENE PRODUCTS CO. ET AL. v. UNITED STATES. April 3, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted limited to the first four questions presented by the petition. *Mr. Samuel H. Kaufman* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Edward G. Jennings* and *Irvin*

*Goldstein* for the United States.

No. 680. SMITH ET AL., PARTNERS, *v.* DAVIS ET AL., AS BOARD OF COUNTY TAX ASSESSORS, ET AL. April 3, 1944. Petition for writ of certiorari to the Supreme Court of Georgia granted. *Messrs. Blair Foster, Philip H. Alston,* and *Wm. Hart Sibley* for petitioners.

No. 684. POPE *v.* UNITED STATES. April 3, 1944. Petition for writ of certiorari to the Court of Claims granted. *Messrs. George Robert Shields, Herman J. Galloway, John W. Gaskins,* and *Fred W. Shields* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Robert L. Stern* and *Melvin Richter* for the United States.

No. 793. L. P. STEUART & BRO., INC. *v.* BOWLES, PRICE ADMINISTRATOR, ET AL. April 3, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Messrs. Renah F. Camalier* and *Francis C. Brooke* for petitioner. *Solicitor General Fahy* and *Mr. Thomas I. Emerson* for respondents.

No. 759. KANN *v.* UNITED STATES. April 10, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. Simon E. Sobeloff* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Edward G. Jennings,* and *Miss Beatrice Rosenberg* for the United States.